UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET CRUZ-ACEVEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNILEVER UNITED STATES INC., et al.,<br><br>　　　　Defendants. | Case No. 5:16-cv-05599-EJD<br><br>**ORDER TO SHOW CAUSE** |

On December 6, 2018, Defendants filed a status report. Dkt. No. 43. In the status report, Defendants indicate that Plaintiff failed to meet and confer in good faith to prepare the status report. Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If Plaintiff fails to file a written response to this order to show cause by December 21, 2018, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge